UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

JERRY WOJCIK, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

BUFFALO BILLS, INC.,
A New York Corporation,

    Defendant.

Case No. 8:12-cv-02414-SDM-TBM

---

## BUFFALO BILLS, INC'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MEMORANDUM IN OPPOSITION AND OBJECTION

Defendant, Buffalo Bills, Inc. ("BBI"), by and through its undersigned counsel and pursuant to Middle District of Florida Local Rule 3.01(j), respectfully requests oral argument on Plaintiff, Jerry Wojcik's ("Plaintiff") Motion for Class Certification ("Motion") [DE 53], Plaintiff's Memorandum in Support of Motion for Class Certification [DE 54, 55], and BBI's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification [DE 60] ("Opposition") and Objection to Deposition Transcript of Gregg Pastore and Declaration of Randall A. Snyder [DE 61] ("Objection") filed concurrently with this request.

1.    BBI believes that oral argument will assist the Court in making its determination on class certification in light of the novel and complex issues of federal and state law, lengthy factual record (including multiple deposition transcripts and declarations), and great public importance. This putative class action involves potentially tens of thousands of class members and a substantial amount in controversy.

2. Further, as Middle District of Florida Local Rule 3.01(b) limited BBI's Opposition to twenty pages, BBI was not able to discuss the relevant regulations and case law in detail. With the Court's permission, BBI wishes to elaborate upon its arguments.

3. Additionally, the Court may benefit from oral argument on the issues raised in BBI's Motion to Dismiss [DE 6], which are addressed in the Opposition and have a direct bearing on the issue of class certification.

WHEREFORE Defendant Buffalo Bills Inc. respectfully requests that this Court grant oral argument of one hour (30 minutes per side) on Plaintiff's Motion for Class Certification and BBI's Opposition and Objection.

Dated: July 12, 2013

          Respectfully submitted,

          /s/ Jeffrey F. Reina
          Jeffrey F. Reina, Esq.
          (Lead counsel)
          N.Y. Bar No. 3011822 (Admitted Pro Hac Vice)
          LIPSITZ GREEN SCIME CAMBRIA LLP
          42 Delaware Avenue, Suite 120
          Buffalo, New York 14202
          jreina@lglaw.com
          Telephone: (716) 849-1333 [Ext. 481]
          Facsimile: (716)849-1315

          Janelle A. Weber, Esq.
          Florida Bar No. 017630
          SHUTTS & BOWEN LLP
          4301 W. Boy Scout Boulevard, Suite 300
          Tampa, Florida 33607
          jweber@shutts.com
          Telephone: (813) 227-8152
          Facsimile: (813) 229-8901

          *Attorneys for Defendant Buffalo Bills, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James Salvatore Giardina, Esq.
james@consumerrightslawgroup.com

Scott D. Owens, Esq.
scott@scottdowens.com

Keith Keogh, Esq.
Keith@KeoghLaw.com

/s/   Jeffrey F. Reina
Attorney