UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY WOJCIK, an individual, on behalf of
himself and all others similarly situated,

      Plaintiff,

v.

BUFFALO BILLS, INC.,
A New York Corporation,

      Defendant.

Case No. 8:12-cv-02414-SDM-TBM

## AGREED MOTION TO CONTINUE CASE MANAGEMENT DEADLINES, PRETRIAL CONFERENCE, AND TRIAL

Pursuant to Middle District of Florida Local Rule 3.09, Plaintiff, JERRY WOJCIK ("Plaintiff"), and Defendant, BUFFALO BILLS, INC. ("BBI") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for entry of an agreed order continuing the case management deadlines, pretrial conference, and trial term by approximately sixty days.

1. The Parties submitted a Case Management Report on January 2, 2013. (Doc. 16)

2. This Court entered a Case Management and Scheduling Order on January 28, 2013. (Doc. 18)

3. The Parties mediated this matter on April 10, 2013 before Mediator Peter Grilli.

4. Since the April 10, 2013 mediation, the parties, together with Mediator Grilli, have worked diligently and in good faith in an effort to resolve this matter amicably. As a result of those efforts, the Parties have reached an agreement in principle to resolve this matter, and

have reached agreement on a number of the substantive terms of settlement, as well the procedures and method(s) of implementing that settlement. The Parties have drafted and circulated proposed settlement documents, and with Mediator Grilli's assistance, continue to work diligently and in good faith to resolve the remaining substantive and technical issues that remain. The Parties are continuing to attempt to achieve a resolution of this matter.

5. No stay of the case management deadlines has been entered by the Court. Accordingly, disclosure of non-expert witnesses is presently due on October 18, 2013. Dispositive motions are due on October 29, 2013; expert disclosure, including rebuttal experts is to take place on November 15, 2013, December 16, 2013, and December 23, 2013, respectively; and all fact discovery is to be completed by November 29, 2013.

6. A pre-trial conference is scheduled for January 16, 2014, and trial is scheduled for the February 2014 trial term.

7. Extending the case management deadlines and rescheduling the pretrial conference and trial term will allow the Parties to focus their attention and direct their resources toward a possible resolution of this matter. No party to this litigation will be prejudiced if the case management deadlines, pretrial conference, and trial term are continued for approximately sixty days. A continuance will also potentially preserve judicial resources.

**WHEREFORE**, Counsel for Plaintiff and BBI jointly request that this Court enter an order continuing the case management deadlines, pretrial conference, and trial term by approximately sixty days, and awarding such other and further relief as this Court deems proper. Respectfully submitted,

/s/  Janelle A. Weber                                  /s/  Scott D. Owens
Jeffrey F. Reina, Esq. (Lead counsel)        Scott D. Owens, Esq. (Lead Counsel)
Admitted *Pro Hac Vice*                            Florida Bar No. 0597651
N.Y. Bar No. 3011822                                Law Office of Scott D. Owens, Esq.

2

LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
jreina@lglaw.com
Telephone: (716) 849-1333 [Ext. 481]
Facsimile: (716) 849-1315

Janelle A. Weber, Esq.
Florida Bar No. 017630
John E. Johnson, Esq.
Florida Bar No. 593000
SHUTTS & BOWEN LLP
4301 W. Boy Scout Boulevard, Suite 300
Tampa, Florida 33607
jweber@shutts.com
jjohnson@shutts.com
Telephone: (813) 227-8152
Facsimile: (813) 229-8901

*Attorneys for Defendant Buffalo Bills, Inc.*

664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
scott@scottdowens.com
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

James Salvatore Giardina, Esq.
Florida Bar No. 942421
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, FL 33614-2877
james@consumerrightslawgroup.com
Telephone (813) 413-5610
Facsimile: (866) 535-7199

Keith J. Keogh
Keogh Law, LTD
Suite 605
101 N. Wacker Drive
Chicago, IL 60606
Keith@KeoghLaw.com
Telephone: (312) 726-1092
Facsimile: (312) 726-1093

*Attorneys for Plaintiff Jerry Wojcik*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James Salvatore Giardina, Esq.
james@consumerrightslawgroup.com

Scott D. Owens, Esq.
scott@scottdowens.com

Keith Keogh, Esq.
Keith@KeoghLaw.com

/s/ Janelle A. Weber
Attorney

TPADOCS 20061101 1