UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY WOJCIK, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.                                                CASE NO.: 8:12-cv-2414-T-23TBM

BUFFALO BILLS, INC.,
a New York corporation,

    Defendant.

## JOINT PROPOSED SCHEDULE

COMES NOW the Plaintiff, JERRY WOJCIK, and the Defendant, BUFFALO BILLS, INC., jointly, by and through their respective counsel, pursuant to the Court's Order of November 5, 2013 [DE 67], with their proposed schedule to submit a motion for preliminary approval of the class action settlement agreement requesting this Court to certify a class and to approve the proposed settlement in accord with Rule 23, Federal Rules of Civil Procedure:

The parties anticipate that forty-five (45) days will be required to finalize the settlement agreement and the related exhibits[1]. The parties will then require an additional seven (7) days in which to file the motion for preliminary approval of the proposed settlement. The preliminary approval motion will set forth the dates for the class members to submit a claim, exclude themselves from the settlement or object to the settlement as well as request date to submit papers in support of the class action settlement and for final approval.

---

[1] As reported by the mediator, the parties were not able to resolve the issue of attorney fees and costs at the time the settlement was reached. Subsequently, the parties resolved those issues subject to Court approval.

ACCORDINGLY, the Parties jointly propose to submit their joint motions to certify a class and to approve the proposed settlement not later than JANUARY 9, 2014.

Dated: November 18, 2013				Respectfully submitted,


<u>Scott D. Owens</u>								<u>Jeffrey F. Reina</u>
*One of Plaintiff's Attorneys*						*One of Defendant's Attorneys*

| | |
|---|---|
| James Salvatore Giardina<br>The Consumer Rights Group, LLC<br>3104 W. Waters Ave., Ste. 200<br>Tampa, FL 33614<br>Tel: 813-413-5610<br>Fax: 866-535-7199<br>james@consumerrightslawgroup.com | Janelle Alicia Weber<br>Shutts & Bowen, LLP<br>4301 W. Boy Scout Blvd., Ste. 300<br>Tampa, FL 33607<br>Tel: 813-229-8901<br>Fax: 813-229-8901<br>jweber@shutts.com |
| Keith J. Keogh<br>Keogh Law, LTD<br>101 N. Wacker Drive, Suite 605<br>Chicago, IL 60606<br>Tel: 312-726-1093<br>Fax: 312-726-1093<br>keith@keoghlaw.com | Jeffrey F. Reina<br>Lipsitz Green Scrime Cambria LLP<br>42 Delaware Ave., Suite 120<br>Buffalo, NY 14202<br>Tel: 716-849-1333<br>Fax: 716-849-1315<br>jreina@lglaw.com |
| Scott D. Owens, Esq.<br>Scott D. Owens, PA<br>664 E. Hallandale Beach Blvd<br>Hallandale, FL 33009<br>Tel: 954-589-0588<br>Fax: 954-337-0666<br>scott@scottdowens.com | Kenneth E. Webster<br>Lipsitz Green Scrime Cambria LLP<br>42 Delaware Ave., Suite 120<br>Buffalo, NY 14202<br>Tel: 716-849-1333<br>Fax: 716-849-1315<br>kwebster@lglaw.com |
| Attorneys for the Plaintiff | Attorneys for the Defendant |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.