UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY WOJCIK,

    Plaintiff,

v.                                  CASE NO.: 8:12-cv-2414-T-23TBM

BUFFALO BILLS, INC.,

    Defendant.
_____/

**ORDER**

In accord with the parties' "joint proposed schedule" (Doc. 69), the parties must submit their joint motions to certify a class and to approve the proposed settlement no later than **January 15, 2014**.

ORDERED in Tampa, Florida, on November 19, 2013.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE